**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

DOLLAR TREE STORES, INC.,

Plaintiff,

v.

FARMER & ASSOCIATES, INC.,

Defendant.

CIVIL ACTION NO.: 1:26-cv-76

**ORDER**

Plaintiff filed this case on March 25, 2026. (Doc. 1.) Before the Court is Plaintiff's Voluntary Dismissal Without Prejudice, in which it states its desire to dismiss this case without prejudice. (Doc. 8.) The Defendant has not filed an answer or a motion for summary judgment. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case has been **DISMISSED WITHOUT PREJUDICE**. (See id.) The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 6th day of October, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA